**Order entered February 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01416-CR

### ALEXANDER ROBERSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F12-58374-H**

## ORDER

We **GRANT** Court Reporter Vicki L. Tuck's February 14, 2014 request for an extension of time to file the reporter's record to the extent we **EXTEND** the time to file the reporter's record to **THIRTY DAYS** from the date of this order.

/s/     LANA MYERS
JUSTICE